# IN THE SUPREME COURT OF THE STATE OF NEVADA

BIJAN LAGHAEI,
                    Appellant,
          vs.
FEDERAL HOME LOAN MORTGAGE
CORPORATION,
                    Respondent.

No. 72449

FILED

NOV 09 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order dismissing a cross-complaint. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

When our initial review of the docketing statement and documents before this court indicated that the notice of appeal may have been prematurely filed prior to the resolution of a timely tolling motion, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. *See* NRAP 4(a)(6); *AA Primo Builders, LLC v. Washington*, 126 Nev. 578, 585, 245 P.3d 1190, 1194-95 (2010). Appellant failed to respond, and on September 26, 2017, we entered an order directing

17-38766

appellant to file a response by October 11, 2017. To date, appellant has not filed a response or otherwise communicated with this court.

It appears that the tolling motion remains pending in the district court. Thus, the notice of appeal was prematurely filed and we lack jurisdiction over this appeal. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Elliott A. Sattler, District Judge
David Wasick, Settlement Judge
Terry J. Thomas
Malcolm Cisneros
Washoe District Court Clerk